**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia (Alexandria)**

IN RE:                                             Case No.:     12-17322

Debtors: Michael Amichay Willner                  Loan Number (Last 4):    5713

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR15 | U.S. Bank National Association, as Trustee |
| Serviced by Select Portfolio Servicing, Inc. | Attn: Correspondence Mail, Chase |
| Name of Transferee | Name of Transferor |

3815 South West Temple                            Court Claim # (if known): 7

Salt Lake City, UT 84115                          Amount of Claim:     $3,441,397.01

                                                  Date Claim Filed:    02/26/2013

Phone:    800-258-8602                            Last Four Digits of Acct #:    8179

Last Four Digits of Acct #:    5713

Name and Address where transferee payments should be sent (if different from above):

PO Box 65450

Salt Lake City, UT 84165

Phone:    800-258-8602

Last Four Digits of Acct #:    5713

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ Diana Duarte                                   Date:    10/23/2013

         Authorized Filing Agent

         (Approved by: Gina Hiatt)

Specific Contact Information:
P: 800-258-8602
Gina.Hiatt@spservicing.com

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

444937-f28e870b-c370-41a0-bef0-3f76acea1db6