UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

Willner, Michael A.                              Case No. 12-17322-BFK

Debtor.                                          Chapter 11

# NOTICE OF MOTION AND NOTICE OF HEARING

The Office of the United States Trustee has a motion with the Court to convert this case to chapter 7, or in the alternative, to dismiss this case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before March 18, 2014 you or your attorney must:

- File with the court, at the address shown below, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must **also** mail a copy to the persons listed below.

- Attend the hearing scheduled to be held on **March 25, 2014 @ 11:00** o'clock **a.m.** in Courtroom No. 3, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

- A copy of any written response must be mailed to the following persons:

  United States Trustee for Region 4
  115 South Union St, Suite 210
  Alexandria, VA  22314

Office of United States Trustee
Bradley D. Jones, Trial Attorney
115 South Union Street, Room 210
Alexandria, VA 22314
(703) 557-7228
bradley.d.jones@usdoj.gov                                      Page 1 of 3

   If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

February 20, 2014          JUDY A. ROBBINS
                 U.S. TRUSTEE, REGION 4


              By: */s/ Bradley D. Jones*
                 Bradley D. Jones (VSB No. 85095)
                 Trial Attorney
                 Office of United States Trustee
                 115 South Union Street, Suite 210
                 Alexandria, VA 22314
                 (703) 557-7228

## CERTIFICATE OF SERVICE

   I hereby certify that on February 20, 2014, a true copy of this motion, notice of motion, and proposed order were served on the following persons by first class U.S. mail, or by notice of electronic filing:

Michael A. Willner  
11521 Potomac Rd.  
Lorton, VA 22079  
*Debtor*

Daniel M. Press  
Chung & Press, P.C.  
6718 Whittier Ave., Suite 200  
McLean, VA 22101  
*Debtor's Counsel*

            */s/ Bradley Jones*  
            Bradley Jones  
            Trial Attorney