UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| In re ) | |
| ) | |
| Michael A. Willner ) | |
| ) | Case No. 12-17322-BFK |
| Debtors. ) | Chapter 11 |
| _____) | |

**NOTICE OF MOTION TO EXTEND PLAN FILING DEADLINE**

Notice is hereby given that the Debtor has filed a Motion to Extend Plan Filing Deadline. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you oppose the Motion, or if you want the Court to consider your views on the Motion, you or your attorney **must**:

• **ON OR BEFORE September 30, 2014,** file with the Court, United States Bankruptcy Court for the Eastern District of Virginia (Alexandria Division), 200 South Washington Street, Alexandria, Virginia 22320, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed on or before September 30, 2014, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing**. If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. You must also provide a copy to the persons listed below so that these persons receive your response on or before September 30, 2014.

• Attend the hearing scheduled to be held on **Tuesday, October 7, 2014, at 11:00 a.m.** in Courtroom III, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia.

• Provide a copy of any written response to counsel for the Debtor at:

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101

Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
Counsel for Debtor

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and may enter an order granting the Motion.

Dated:   September 4, 2012.

Respectfully submitted,

  /s/ Daniel M. Press
Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
Counsel for Debtor

CERTIFICATE OF SERVICE

This is to certify that on this 2nd day of September, 2014, I caused the foregoing Notice to be served by CM/ECF upon the Office of the U.S. Trustee, and by first class mail, postage prepaid, upon all creditors and parties in interest on the attached matrix.

  /s/ Daniel M. Press
Daniel M. Press

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-1<br>Case 12-17322-BFK<br>Eastern District of Virginia<br>Alexandria<br>Tue Sep  2 20:59:28 EDT 2014 | SELECT PORTFOLIO SERVICING, INC<br>3815 South West Temple<br>Salt Lake City, UT 84115-4412 | United States Bankruptcy Court<br>200 South Washington Street<br>Alexandria, VA 22314-5405 |
| ACS/MASS EDU FIN AUTH<br>125 SUMMER ST., #1450<br>BOSTON, MA 02110-1616 | ACS/MEFA<br>501 BLEECKER STREET<br>UTICA, NY 13501-2401 | AMERICAN EXPRESS<br>BOX 1270<br>NEWARK, NJ 07101-1270 |
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | BANK OF AMERICA<br>BOX 15019<br>WILMINGTON, DE 19886-5019 | CHASE<br>BOX 901039<br>FT. WORTH, TX 76101-2039 |
| CHASE CARDMEMBER SVCS<br>BOX 15153<br>WILMINGTON, DE 19886-5153 | COL. & MRS. DAVID WAGNER<br>7014 ASBURY DRIVE<br>SPRINGFIELD, VA 22152-3222 | DISCOVER CARD<br>BOX 71084<br>CHARLOTTE, NC 28272-1084 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | EQUITY TRUSTEES, SUBSTITUTE TRUSTEE<br>C/O BWW LAW GROUP, LLC<br>8100 THREE CHOPT ROAD #240<br>RICHMOND, VA 23229-4833 | FED LOAN SERVICING<br>BOX 69184<br>HARRISBURG, PA 17106-9184 |
| FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | FIRST NATIONAL BANK OF OMAHA<br>BOX 2557<br>OMAHA, NE 68103-2557 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha, NE 68197-0002 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, National Association<br>Chase Records Center<br>Attn: Correspondence Mail<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | MRS. JOYCE WILLNER<br>C/O KARLA STEELE<br>5 TOMAHAWK TRIAL<br>WAKEFILED, RI 02879-2016 |
| Massachusetts Ed. Fin. Auth<br>Sydelle Pittas, Pittas / Koenig<br>7 Wainwright Rd., Unit 114<br>Winchester, MA 01890-2395 | U.S. Bank NA, successor trustee to Bank<br>Serviced by Select Portfolio Servicing,<br>3815 South West Temple<br>Salt Lake City, UT 84115-4412 | U.S. Bank National Association, as Trustee<br>Attn: Correspondence Mail, Chase<br>Records Center<br>700 Kansas Lane, Mail Code LA4-5555<br>Monroe, LA 71203-4774 |
| US BANK AS TRUSTEE, WAMU MTG<br>PTC SERIES 2006-AR-15 TRUST<br>C/O CHASE, BOX 24696<br>COLUMBUS, OH 43224 | WELLS FARGO<br>PAYMENT REMITTANCE CENTER<br>BOX 6426<br>CAROL STREAM, IL 60197-6426 | Wells Fargo Bank, N.A.<br>Business Direct Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482<br>Telephone number: (888) 715-4315 |
| Daniel M. Press<br>Chung & Press, P.C.<br>6718 Whittier Ave., Suite 200<br>McLean, VA 22101-4531 | Judy A. Robbins 11<br>Office of the U.S. Trustee - Region 4<br>115 South Union Street, Room 210<br>Alexandria, VA 22314-3361 | Michael Amichay Willner<br>11521 Potomac Road<br>Lorton, VA 22079-4264 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Experian

(u)U.S. Bank NA, successor trustee to Bank of
c/o Select Portfolio Servicing, Inc.

(u)Angela N. Watson, Esquire
Morris
Hardwick
Schneider, LLC
22375 Broderick Drive
Suite 260

End of Label Matrix
Mailable recipients    29
Bypassed recipients     3
Total                  32