IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| In re:                                           )<br>    **Willner,** Michael Amichay,      )<br>                                                  )<br>                                                  )<br>                                                  )<br>                  Debtor.                  )<br>                                                  )<br>                                                  ) | Case No. 12-17322<br><br>**Bankruptcy Chapter 11** |

**Request of Massachusetts Educational Financing Authority**
**For Service of Notices Pursuant to Fed R. Bankr. P. 2002(g)**

      PLEASE TAKE NOTICE that Massachusetts Educational Financing Authority (MEFA), a creditor in the above-captioned chapter 13 case, requests pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of the title 11 of the United States Code, 11 U.S.C. Section 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise on:

    Massachusetts Educational Financing Authority
    c/o Melissa C. Donohoe, Esq.
    Welch & Donohoe, LLP
    655 Summer Street, Suite 203
    Boston, MA 02210
    Telephone: (617) 428-0222
    Fax: (617) 428-0285
    E-mail: mdonohoe@welchdonohoe.com

Dated: September 22, 2014

                                        By: /s/Melissa C. Donohoe
                                            Melissa C. Donohoe
                                            Welch & Donohoe, LLP
                                            655 Summer Street, Suite 203
                                            Boston, MA 02210
                                            BBO #641597