**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:                                               )
                                                     )
MICHAEL AMICHAY WILLNER,          )    Case No. 12-17322-BFK
                                                     )    Chapter 11
                    Debtor.                  )

**ORDER APPROVING AMENDED DISCLOSURE STATEMENT AND**
**SETTING HEARING ON CONFIRMATION OF PLAN**

The Debtor filed an Amended Disclosure Statement under Chapter 11 of the Bankruptcy Code on February 24, 2016. Docket No. 167. It having been determined after hearing on notice that the Amended Disclosure Statement contains adequate information, it is

**ORDERED:**

1. **Approval of Disclosure Statement**. The Amended Disclosure Statement filed February 24, 2016 (Docket No. 167) is approved.

2. **Last Day to File Ballots**. Ballots accepting or rejecting the plan must be mailed or Delivered to the Debtor's Counsel, Daniel M. Press, Esquire, Chung & Press, P.C. 6718 Whittier Ave., Suite 200, McLean, VA 22101, so as to be received no later than **5:00 p.m. on Thursday, April 14, 2016**.

3. **Last Day to File Objections to Confirmation**. Objections to confirmation of the plan must be filed with the Clerk, and served on the Debtor and on the United States Trustee, no later than **Thursday, April 14, 2016**.

4. **Report of Ballots**. No later than **5:00 p.m. on Tuesday, April 19, 2016**, the Debtor shall file a report of ballots showing, by class, the number and dollar amount of ballots accepting or rejecting the plan. If any ballots were received after the deadline for filing ballots, they shall be noted, but not included in the totals. The ballots need not be attached to the report but must be available at the confirmation hearing for review by the Court or any party in interest.

5. **Confirmation Hearing**. The hearing on confirmation of the plan shall be held on **Thursday, April 21, 2016, at 1:30 p.m.** in Courtroom III, Martin V. B. Bostetter, Jr. United States Courthouse, 200 South Washington Street, Alexandria, Virginia, and may be continued in open court without further notice to creditors. *The Court requires evidence in support of confirmation even if no objection has been filed and all impaired classes have accepted the plan*. The Debtor shall be present in person to testify as to the feasibility of the plan.

6. **Transmission to Creditors**. Not later than **March 21, 2016.** Counsel for the Debtor shall transmit to the United States Trustee and to all creditors and parties in interest: (a) a copy of the plan and approved disclosure statement; (b) a copy of this Order; (c) a notice of the date, time, and place of the hearing on confirmation of the plan, together with notice of the last day for filing acceptances or rejections and the last day for filing objections to confirmation; and (d) a form of ballot conforming to Official Form 14. The original of the notice of hearing, together with a certificate of service reflecting the date and manner of service, and the names and addresses of the parties served, shall be filed with the Clerk.

7. The Clerk shall mail copies of this Order, or provide electronic notice of its entry, to the parties below.

Date: Feb 25 2016 /s/ Brian F. Kenney
Brian F. Kenney
Alexandria, Virginia United States Bankruptcy Judge
Entered on Docket: February 26, 2016

Copies to:

Michael Amichay Willner
11521 Potomac Road
Lorton, VA 22079
*Chapter 11 Debtor*

Daniel M. Press, Esquire
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
*Counsel for Chapter 11 Debtor*

Amy Czekala, Esquire
Morris|Schneider|Wittstadt Va., PLLC
22375 Broderick Drive, Suite 260
Dulles, Virginia 20166
*Counsel for U.S. Bank NA*

Bradley David Jones, Esquire
Office of the United States Trustee
115 South Union Street, Suite 210
Alexandria, VA 22314
*Counsel for U.S. Trustee*