United States Bankruptcy Court
Eastern District of Virginia
Alexandria Division

| | |
|---|---|
| In RE:<br>Michael Amichay Willner aka Michael A. Willner<br>      Debtor | BCN#: 12-17322/BFK<br>Chapter: 11 |

U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR15
or present noteholder,
      Movant/Secured Creditor,
v.
Michael Amichay Willner aka Michael A. Willner
      Debtor
Marguerite Evans Willner
      Codebtor
and
Judy A. Robbins, Office of the U.S. Trustee - Region 4 -R
      Trustee
      Respondents

### Order Granting Relief From Stay

Upon consideration of the motion of U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR15 to modify the automatic stay; it is

Ordered that the automatic stay imposed by 11 U.S.C. §362 is modified to permit the movant

Lindsey C. Kelly, Esquire
VSB #71314
James R. Meizanis, Esquire
VSB #80692
Gregory N. Britto, Esquire
VSB #22531
Auria DuPuch-Freeman, Esquire
VSB #87483
Shapiro & Brown, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(757) 687-8777
15-250933

and its successors and assigns to enforce the lien of its deed of trust as it pertains to the real property located at 11521 POTOMAC RD, Lorton, VA 22079, and is more particularly described as follows:

BEGINNING AT A POINT ON THE EASTERLY SIDE OF POTOMAC ROAD, 50 FEET WIDE, A CORNER COMMON TO LOT 22, BLOCK 19, SECTION A, GUNSTON MANOR; THENCE DEPARTING THE EASTERLY SIDE OF POTOMAC ROAD AND RUNNING WITH THE LINE COMMON TO LOT 22, AND CONTINUING WITH THE LINE COMMON TO A PORTION OF THE PROPERTY NOW IN THE NAME OF GUNSTON MANOR PROPERTY OWNERS ASSOCIATION, INC., TRUSTEE, THE PROPERTY NOW IN THE NAME OF MARION GRAY AND RICHARD H. KRAFT, AND A PORTION OF THE PROPERTY NOW IN THE NAME OF GUNSTON MANOR PROPERTY OWNERS ASSOCIATION., INC., TRUSTEE; SOUTH 55 DEGREES 55 MINUTES 00 SECONDS EAST, A DISTANCE OF 852.87 FEET TO A POINT ON THE WESTERLY SHORE OF THE POTOMAC RIVER ALONG THE ARC OF A CURVE TO THE LEFT, HAVING A RADIUS OF 275.00 FEET, A CHORD LENGTH OF 69.92 FEET AND A CHORD BEARING OF SOUTH 11 DEGREES 33 MINUTES 10 SECONDS WEST, A DISTANCE OF 70.11 FEET TO A POINT; THENCE CONTINUING WITH WESTERLY SHORE OF THE POTOMAC RIVER ALONG THE ARC OF A CURVE TO THE RIGHT, HAVING A RADIUS OF 250.00 FEET, A CHORD LENGTH OF 130.47 FEET AND A CHORD BEARING OF SOUTH 19 DEGREES 22 MINUTES 28 SECONDS WEST, A DISTANCE OF 132.00 TO A POINT; THENCE CONTINUING WITH THE WESTERLY SHORE OF THE POTOMAC RIVER ALONG THE ARC OF A CURVE TO THE LEFT, HAVING A RADIUS OF 15,000.00 FEET, A CHORD LENGTH OF 190.000 FEET AND A CHORD BEARING OF SOUTH 34 DEGREES 08 MINUTES 17 SECONDS WEST, A DISTANCE OF 190.00 FEET TO A POINT; THENCE CONTINUING WITH THE WESTERLY SHORE OF THE POTOMAC RIVER ALONG THE ARC OF A CURVE TO THE LEFT, HAVING A RADIUS OF 90.00 FEET, A CHORD LENGTH OF 50.61 FEET AND A CHORD BEARING OF SOUTH 17 DEGREES 26 MINUTES 43 SECONDS WEST, A DISTANCE OF 51.31 FEET TO A POINT, A CORNER COMMON TO LOT 2, CRANEY ISLAND SYNDICATE; THENCE DEPARTING THE WESTERLY SHORE OF THE POTOMAC AND RUNNING WITH LINE COMMON TO LOT 2, NORTH 78 DEGREES 34 MINI /TES 04 SECONDS WEST; A DISTANCE OF 676.23 FEET TO A POINT IN THE LINE OF THE PROPERTY NOW IN THE NAME OF RICHARD E. AND DONNA M. GARLICK, A CORNER COMMON TOLOT 2; THENCE RUNNING WITH THE LINE COMMON TO GARLICK NORTH 01 DEGREES 19 MINUTES 54 SECONDS WEST, A DISTANCE OF 528.76 FEET TO A POINT, A CORNER COMMON TO GARLICK AND GUNSTON MANOR SUBDIVISION; AND THENCE RUNNING WITH THE EASTERLY SIDE OF POTOMAC ROAD, NORTH 34 DEGREES 50 MINUTES 00 SECONDS EAST A DISTANCE OF 258.80 FEET TO THE POINT OF BEGINNING, CONTAINING 483,615 SQUARE FEET OR 11.1023 ACRES OF LAND.

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

| | |
|---|---|
| Mar 21 2016 | /s/ Brian F. Kenney |
| Date | The Honorable Judge Brian F. Kenney<br>United States Bankruptcy Judge |

Notice of Judgment or
Order Entered on Docket March 21, 2016

I ask for this:

/s/ Auria DuPuch-Freeman
_____
Lindsey C. Kelly, Esquire
James R. Meizanis, Esquire
Gregory N. Britto, Esquire
Auria DuPuch-Freeman, Esquire
Counsel for Movant


I certify that I have served the proposed Order upon all necessary parties to the action by first class mail, postage prepaid, on the 17th day of March, 2016.

/s/ Auria DuPuch-Freeman
_____
Lindsey C. Kelly, Esquire
James R. Meizanis, Esquire
Gregory N. Britto, Esquire
Auria DuPuch-Freeman, Esquire
Counsel for Movant

Copies are to be sent to:

Shapiro & Brown, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320

Daniel M. Press
Chung & Press, PC
6718 Whittier Avenue, Suite 200
McLean, VA 22101

Judy A. Robbins
Office of the U.S. Trustee - Region 4 -R
701 E. Broad Street, Suite 4304
Richmond, VA 23219

Michael Amichay Willner
11521 POTOMAC RD
Lorton, VA 22079

Marguerite Evans Willner
11521 POTOMAC RD
Lorton, VA 22079

## CERTIFICATION

The undersigned certifies that the foregoing Order Granting Relief from Stay is identical to the form order required by Administrative Order 10-2 and that no modifications, additions, or deletions have been made.

/s/ Auria DuPuch-Freeman

_____
Lindsey C. Kelly, Esquire
James R. Meizanis, Esquire
Gregory N. Britto, Esquire
Auria DuPuch-Freeman, Esquire
Attorney for Movant

## CERTIFICATION

Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

/s/ Auria DuPuch-Freeman

_____
Lindsey C. Kelly, Esquire
James R. Meizanis, Esquire
Gregory N. Britto, Esquire
Auria DuPuch-Freeman, Esquire
Attorney for Movant

15-250933