**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

---------------------------------------------------------------X
In re:                                                : Chapter 11
                                                      :
**Michael Amichay Willner**                           : No. 12-17322-BFK
                                                      :
        Debtor.                                       :
                                                      :
---------------------------------------------------------------X
                                                      :
**U.S. Bank NA, successor trustee to Bank of**        :
**America, NA, successor in interest to LaSalle**     :
**Bank, NA, as trustee, on behalf of the holders**    :
**of the WaMu Mortgage Pass-Through**                 :
**Certificates, Series 2006-AR15 or present**         :
**noteholder,**                                       :
                                                      :
        v.                                            :
                                                      :
**Michael A. Willner,**                               :
                                                      :
        Debtor.                                       :
                                                      :
---------------------------------------------------------------X

## ORDER AMENDING AND REPLACING ORDER GRANTING RELIEF FROM STAY

Upon consideration of the Debtor's and Marguerite Willner's Motions to Alter or Amend the Order Granting Relief from Stay, and the consent of U.S. Bank N.A. hereto, as evidenced by the endorsement of counsel, it is hereby

ORDERED that the Order Granting Relief from Stay entered on March 21, 2016 [Docket # 176] is hereby AMENDED by replacing it in its entirety with this Order; and it is

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

FURTHER ORDERED that pursuant to the Order entered April 1, 2015 [Docket # 124], the automatic stay of 11 U.S.C. § 362(a) is terminated as to the property located at 11521 Potomac Rd., Lorton VA 22079 (the "Property"), more specifically described by metes and bounds in that certain deed of trust recorded in Deed Book 18751 beginning at Page 1546 among the land records of Fairfax County, Virginia; and it is

FURTHER ORDERED that nothing in this Order or the April 1, 2015 Order, shall constitute or be deemed or held out to be a determination in any respect as to the validity, ownership, or amount due on any note or deed of trust or right to foreclose or take any other action with respect to the Property.

Dated: Apr 22 2016

/s/ Brian F. Kenney
Judge, U.S. Bankruptcy Court

Entered on Docket: April 22, 2016

I ASK FOR THIS:

/s/ Daniel M. Press
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor

SEEN AND AGREED:

/s/ Marguerite Willner
Marguerite Willner


/s/ William Savage
William Savage, VSB #26155
Shapiro & Brown, LLP
10021 Balls Ford Road, Suite 200
Manassas, VA 20109
Counsel for Movant

2

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

      /s/Daniel M. Press
      Daniel M. Press

Copies to:

Debtor
Counsel for Debtor
U.S. Trustee