# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

__Alexandria__ **DIVISION**

In re:

Michael A. Willner

Case No. __12-17322__

Chapter 11

Debtor(s)

**DEBTOR'S CERTIFICATION OF COMPLIANCE WITH 11 U.S.C. § 1141(d)(5)**

I/We certify, under penalty of perjury, to the following:

1. I/We have completed all payments under the Plan.

2. If 11 U.S.C. §1141(d)(3) applies, I/We have completed an instructional course concerning financial management as described in 11 U.S.C. §111.

3. I/We did not have, either at the time of filing this bankruptcy or at the present time, equity in excess of $125,000 if the case was filed before April 1, 2007, or $136,875 if the case was filed on or after that date, in the type of property described in 11 U.S.C. §522(p)(1) [generally the debtor's homestead].

4. There is not currently pending any proceeding in which I/we may be found guilty of a felony of the kind described in 11 U.S.C. §522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. §522(q)(1)(B).

Debtor: __/s/ Michael A. Willner__    Date: __10/10/16__

Debtor: _____    Date: _____

Ver. 12/23/08