UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

```
-------------------------------------------------------------X
In re:                                              :      Chapter 11
                                                    :
Michael Amichay Willner                             :      No. 12-17322-BFK
                                                    :
                Debtor.                             :
                                                    :
-------------------------------------------------------------X
```

### FINAL DECREE AND ORDER FOR ENTRY OF DISCHARGE

Whereas, Michael Amichay Willner, debtor, filed a voluntary petition under title 11, Chapter 11 in the United States Bankruptcy Court for the Eastern District of Virginia on December 13, 2012; and

Whereas, a Plan of Reorganization was proposed to the creditors and was confirmed by Order of this Court on May 6, 2016; and

Whereas, debtor has reported to this court that the Plan of Reorganization has been substantially consummated, and that payments to Class D and E creditors and unclassified claims (administrative expenses and priority taxes) have been fully made, apart from U.S. Trustee fees for the fourth quarter of 2016 (which are not yet due); and

Whereas, FRBP 3022 provides for the entry of a Final Decree; it is therefore

ORDERED that the Final Report of the Debtor is approved, the Motion for Final Decree is granted; and it is

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

      FURTHER ORDERED that Debtor shall be issued a discharge, whereupon this case shall be closed.

      So ordered this _____ day of _____, 2016.

Dated: Nov 17 2016         /s/ Brian F. Kenney
                                       **UNITED STATES BANKRUPTCY JUDGE**

Entered on Docket:   November 17, 2016

I ask for this:

/s/ Daniel M. Press
Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

                                         /s/Daniel M. Press
                                         Daniel M. Press

Copies to:
Debtor
Counsel for Debtor
US Trustee